Oliver J. OLSON, Libelant-Appellee, v. 1046 MAHOGANY LOGS; HUDDLES-TON–MARCH CO., Claimant-Appellant. (Circuit Court of Appeals, Second Circuit. November 21, 1923.) No. 59. Appeal from the District Court of the United States for the Southern District of New York. Edward J. Dowling and E. W. McMahon, both of New York City, for appellant. MacFarland, Taylor & Costello and W. U. Taylor, all of New York City, for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Appeal dismissed, without costs, in open court.

E. R. PORTUCHECK, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fifth Circuit. November 27, 1923.) No. 4070. In Error to the District Court of the United States for the Northern District of Texas; James C. Wilson, Judge. Will C. Austin, of Fort Worth, Tex., for plaintiff in error. Henry Zweifel, U. S. Atty., of Fort Worth, Tex., (Henry Zweifel, of Fort Worth, Tex., Mack Taylor, of Stephenville, Tex., and F. M. Parrish, of Fort Worth, Tex., on the brief), for the United States. Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment is affirmed.

In the Matter of Joseph REDBORD, Bankrupt, v. Augustin DERBY, as Receiver, etc., Petitioner. (Circuit Court of Appeals, Second Circuit. November 20, 1923.) No. 105. Petition to Revise Order of the District Court of the United States for the Southern District of New York. Lesser & Lesser and Samuel Lesser, all of New York City, for petitioner. Louis Susman, of New York City (David Haar, of New York City, of counsel), for respondent. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.